# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7828 ODW(Ex) | Date | January 6, 2011 |
|---|---|---|---|
| Title | Michael Dean v. Joseph Edward Penny et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement (Intent to Settle) [65] filed January 6, 2011.The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, January 31, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Jury Trial scheduled for January 18, 2011 at 9:00 a.m. is hereby VACATED, as are any remaining pretrial hearing dates and/or filing deadlines.

IT IS SO ORDERED.

_____ : 00

Initials of Preparer   RGN